IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD SHARIF, *et al.*,  )<br> )<br>    Appellants,  )<br> )<br>v.  )<br> )<br>HORACE FOX, as Trustee of the  )<br>Bankruptcy Estate of RICHARD SHARIF,  )<br> )<br>    Appellee.  ) | Case No. 2023-cv-02303<br><br>Honorable Harry D. Leinenweber<br><br>Honorable Sheila M. Finnegan |

## MOTION FOR ORDER AND JUDGMENT

Appellee Horace Fox (the "Trustee"), as Trustee of the bankruptcy estate of Richard Sharif (the "Debtor"), for his Motion for Order and Judgment, states as follows:

1. On Octobrer 26, 2023, appellants Haifa Sharifeh, Ragda Sharifeh and Richard Sharif filed a Motion to Withdraw this Appeal (Dkt. # 31). The Court heard the motion on November 2, 2023, and orally indicated that the Motion was granted.

2. Under Fed. R. Bank. R. 8023, it is unclear if the mere filing of the Motion was adequate to end the appeal, as the Motion (withdrawing the appeal) does not track the language of the rule (which discusses dismissing an appeal).

3. This bankruptcy case had engendered an extraordinary amount of litigation. To avoid any ambiguity that might lead to further litigation, the Trustee requests that the Court terminate this appeal by issuing a written order of dismissal and an accompanying judgment.

WHEREFORE, Horace Fox, Jr., as Trustee of the bankruptcy estate of Richard Sharif, respectfully requests that this Court enter an order consistent with the above and grant such further relief as this Court deems proper.

                                        HORACE FOX, as Trustee of the Bankruptcy Estate of Richard Sharif

Date: November 6, 2023              By: /s/ Bradley Block
                                                         One of his Attorneys

| | |
|---|---|
| Bruce de'Medici | Bradley Block |
| 318 West Adams Street | Law Offices of Bradley Block |
| Suite 1600 | 318 West Adams St. |
| Chicago, IL 60606 | Suite 1722 |
| Tel: 312.731.6778 | Chicago, IL 60606 |
| bdemedici@gmail.com | 224-533-1075 |
| | brad.block@bradblocklaw.com |

**CERTIFICATE OF SERVICE**

I, Bradley Block, an attorney who is licensed to practice law in the State of Illinois, certify that on November 6, 2023, I served the attached Trustee's Motion for Order and Judgment upon the persons listed below by, as indicated, ECF filing (which should lead to electronic service on registrants) and email.

/s/ Bradley Block

| **Electronic Service via ECF Filing** | |
|---|---|
| Office of the United States Trustee<br>Pat.s.layng@usdoj.gov | Clerk of the United States Bankruptcy Court for the Northern District of Illinois<br>Ilnb_appeals@ilnb.uscourts.gov |
| Basil Salem<br>7156 West 127yh Street<br>B-148<br>Palos Heights, IL 60463<br>bsalem@ icould.com | |
| **Email** | |
| Richard Sharif<br>rasheedsharif@hotmail.com | Ragda Sharifeh<br>Hermosa_medical@yahoo.com |
| Haifa Sharifeh<br>hsharifeh@gmail.com<br>haifasharif@yahoo.com | |

3